# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLOMIEJ JAKUBIEC, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| CAMP NOCK-A-MIXON, INC., ET AL., | : NO. 10-4244 |
| Defendant. | : |

## ORDER

**AND NOW,** this \_\_\_\_ day of March, 2011, upon consideration of Defendant Camp Nock-A-Mixon's Motion to Dismiss (Docs.9-10) and Plaintiff's Response in Opposition thereto (Doc.13), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion to Dismiss is **GRANTED in part**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] The Court grants Defendant Camp Nock-A-Mixon's Motion to Dismiss Count II of Plaintiff's Amended Complaint and denies the Motion to Dismiss Count III and the Motion to Strike.